UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Milstead & Associates, LLC
By: Andrew M. Lubin
Atty. ID: AL0814
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
File No.:
Attorneys for Movant:
Select Portfolio Servicing, Inc. as servicing agent for Towd Point Mortgage Trust 2017-FRE2, U.S. Bank National Association, as Indenture Trustee

**Order Filed on September 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

In Re:

Charles R. Iles a/k/a Charles Iles, Jr. a/k/a Charles Iles a/k/a Charles R. Iles, Jr. and Ryan K. Iles a/k/a Ryan Iles a/k/a Ryan McLean

Case No.: 19-22358-ABA

Hearing Date: September 10, 2019

Judge: Andrew B. Altenburg, Jr.

Chapter: 7

| Recommended Local Form | ☒ Followed | ☐ Modified |

**ORDER VACATING STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 10, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of Select Portfolio Servicing, Inc _____, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

33 Gilbert Avenue, Westville, NJ 08093

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/18*