**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Milstead & Associates, LLC
By: Andrew M. Lubin
Atty. ID: AL0814
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
File No.:
Attorneys for Movant:
Select Portfolio Servicing, Inc. as servicing agent for Towd Point Mortgage
Trust 2017-FRE2, U.S. Bank National Association, as Indenture Trustee

**Order Filed on September 10, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

In Re:

Charles R. Iles a/k/a Charles Iles, Jr. a/k/a Charles Iles
a/k/a Charles R. Iles, Jr. and Ryan K. Iles a/k/a Ryan
Iles a/k/a Ryan McLean

| | |
|---|---|
| Case No.: | 19-22358-ABA |
| Hearing Date: | September 10, 2019 |
| Judge: | Andrew B. Altenburg, Jr. |
| Chapter: | 7 |

Recommended Local Form   ☑ Followed   ☐ Modified

**ORDER VACATING STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 10, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of Select Portfolio Servicing, Inc _____, under
Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as
hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume
and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to
pursue the movant's rights in the following:

☒ Real property more fully described as:

33 Gilbert Avenue, Westville, NJ 08093

It is further ORDERED that the movant, its successors or assignees, may proceed with its
rights and remedies under the terms of the subject mortgage and pursue its state court remedies
including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing
other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or
deed-in-lieu foreclosure.   Additionally, any purchaser of the property at sheriff's sale (or
purchaser's assignee) may take any legal action for enforcement of its right to possession of the
property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in
this case as defendants in its action(s) irrespective of any conversion to any other chapter of the
Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who
entered an appearance on the motion.

*rev. 11/14/18*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-22358-ABA
Charles R. Iles                                                 Chapter 7
Ryan K. Iles
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Sep 10, 2019
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2019.
db/jdb         +Charles R. Iles,   Ryan K. Iles,   33 Gilbert Avenue,   Westville, NJ 08093-2104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2019 at the address(es) listed below:
          Andrew M. Lubin    on behalf of Creditor    Towd Point Mortgage Trust 2017-FRE2, U.S. Bank National
           Association, as Indenture Trustee bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
          Brian  Thomas    brian@brianthomaslaw.com,  bthomas@ecf.axosfs.com
          Rebecca Ann Solarz    on behalf of Creditor    Towd Point Mortgage Trust 2017-FRE2, U.S. Bank
           National Association, as Indenture Trustee rsolarz@kmllawgroup.com
          S. Daniel Hutchison   on behalf of Debtor Charles R. Iles sdhteamlaw@outlook.com,
           backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com
          S. Daniel Hutchison   on behalf of Joint Debtor Ryan K. Iles sdhteamlaw@outlook.com,
           backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 6