Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  19–22358–ABA
Chapter:  7
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Charles R. Iles | Ryan K. Iles |
| aka Charles Iles Jr., aka Charles Iles, aka | aka Ryan Iles, aka Ryan McLean |
| Charles R. Iles Jr. | 33 Gilbert Avenue |
| 33 Gilbert Avenue | Westville, NJ 08093 |
| Westville, NJ 08093 | |

Social Security No.:
   xxx–xx–4570                                           xxx–xx–8841

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Brian Thomas is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 15, 2019</u>                    <u>Andrew B. Altenburg Jr.</u>
                                                 Judge, United States Bankruptcy Court